MICHAEL R. BERGER
Attorney at Law
California State Bar No. 65195
1611 Telegraph Avenue, Suite 1100
Oakland, California 94612
Telephone: 510/834-4511

Attorney for Defendant
Bobby Barfield

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 12-00495 SBA |
| v. | |
| BOBBY BARFIELD, | |
| Defendant. | |
| _____/ | |

**STIPULATION AND ORDER**
**CONTINUING HEARING**

**STIPULATION:**

The parties hereto through their respective counsel stipulate that the hearing presently set for November 13, 2012 at 10:00 a.m., at which time the defendant will enter a change of plea and be sentenced, may be continued to December 11, 2012 at 10:00 a.m. to allow defense counsel adequate time to review and lodge any possible objections to the draft presentence report, given his plans to be out of the country between September 15 and October 28. The parties further stipulate and agree that the time between July 13, 2012 and December 11, 2012 should be excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea

agreement to be entered into by the defendant and the attorney for the government, and to U.S.C. § 3161(h)(7)(B)((iv), for effective preparation of counsel.

Dated: August 16, 2012

                          s/_____
                             MICHAEL R. BERGER
                             Attorney for Defendant

Dated: August 16, 2012

                             MELINDA HAAG
                             United States Attorney

                     by s/_____
                             JAMES C. MANN
                             Assistant United States Attorney

**ORDER:**

The court having read and considered the foregoing stipulation, IT IS HEREBY ORDERED that the hearing presently set for November 13, 2012 at 10:00 a.m. may be continued to December 11, 2012 at 10:00 a.m. It is further ordered that the time between July 13, 2012 and December 11, 2012 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government, and to U.S.C. § 3161(h)(7)(B)((iv), for effective preparation of counsel.

Dated: __8/21/12

                             _____
                             UNITED STATES DISTRICT JUDGE