MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
E-Mail:     James.C.Mann@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR-12-00495 SBA |
| Plaintiff, | |
| v. | STIPULATED REQUEST TO CONTINUE HEARING DATE TO SEPTEMBER 28, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| MARCEL J. ALLEY, et al., | |
| Defendants. | Date:      August 30, 2012 |
| | Time:      9:30 a.m. |
| | Court:     Hon. Kandis A. Westmore |

The above-captioned matter is set on August 30, 3012 before this Court for a status hearing.  The parties request that the Court continue the hearing to September 28, 2012 at 9:30 a.m.  The parties further request that the Court exclude time under the Speedy Trial Act between August 30, 2012 and September 28, 2012 in light of (1) the need for defense counsel to review discovery produced by the United States, to discuss the evidence with their respective clients, and to investigate this matter, and (2) defense counsels' other scheduled case commitments during that time period.

The remaining 14 defendants, along with 31 co-defendants, were charged in a 28-count indictment with (1) conspiracy to possess with the intent to distribute and to distribute heroin and cocaine, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(B)(i),

STIP. REQ. TO CONTINUE HEARING TO SEPTEMBER 28, 2012 AND TO EXCLUDE TIME
CR-12-00495 SBA                        1

and 841(b)(1)(C); (2) possession with intent to distribute, and distribution of, heroin and cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and (3) possession with intent to distribute, and distribution of, heroin and cocaine within 1,000 feet of a school, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860. Since July 2012, eight defendants have agreed to plead guilty and have scheduled change of plea and sentencing hearings. Nine defendants have not yet appeared in this case.

The United States has produced substantial discovery to defendants, including draft linesheets from the wiretaps, recorded telephone calls from the wiretaps, recordings of controlled purchases conducted by law enforcement, information regarding defendants' criminal histories (including police reports related to prior arrests), and documents related to the authorization of the wiretaps. Defense counsel need additional time to review the discovery that has been produced, to discuss the evidence with their respective clients, and to investigate the matter. Given these circumstances, the ends of justice served by excluding the period from August 30, 2012 to September 28, 2012 outweighs the best interest of the public and the defendants in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Failure to grant the requested continuance

////
////
////
////
////
////
////
////
////
////
////
////
////

1   would unreasonably deny defense counsel reasonable time necessary for effective preparation,

2   and would unreasonably deny defendants continuity of counsel, taking into account the exercise

3   of due diligence.

4

5   DATED: August 28, 2012

6

7

8   /s/                                            /s/
    JAMES C. MANN                                  JOHN MICHAEL RUNFOLA
    Assistant United States Attorney               Counsel for Jason Keith Barrett
9   Counsel for United States

10  /s/                                            /s/
    PAUL F. DEMEESTER                              ANGELA HANSEN
11  Counsel for Ahmad Jamal Belton                 Counsel for Carles Lashuan Buie, II

12  /s/                                            /s/
    GEORGE CLAUDE BOISSEAU                         MICHAEL STEPANIAN
13  Counsel for Isaiah Luis Colon                  Counsel for Manuel Colon, Jr.

14  /s/                                            /s/
    GILBERT EISENBERG                              MARTHA ANN BOERSCH
15  Counsel for Juan Miguel Ellingberg             Counsel for Dana Ray Houston

16  /s/                                            /s/
    RICHARD B. MAZER                               BRENDAN MICHAEL HICKEY
17  Counsel for Erik Andre Miles                   Counsel for Eric Baronne Moore

18  /s/                                            /s/
    JAMES PHILLIP VAUGHNS                          ROBERT WAGGENER
19  Counsel for Romel Ontoria Patton               Counsel for Adrian Dewayne Walker

20  /s/                                            /s/
    SUZANNE M. MORRIS                              GARRICK SHERMAN LEW
21  Counsel for Lenzy Jerome Wash                  Counsel for James Hampton Worthington,
                                                   Jr.
22

23

24

25

26

27

28

STIP. REQ. TO CONTINUE HEARING TO SEPTEMBER 28, 2012 AND TO EXCLUDE TIME

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

OAKLAND DIVISION

13

14 | UNITED STATES OF AMERICA,            )     No.  CR-12-00495 SBA
                                        )
15 |           Plaintiff,                )
                                        )     [PROPOSED] ORDER GRANTING
16 |     v.                              )     STIPULATED REQUEST TO CONTINUE
                                        )     HEARING DATE TO SEPTEMBER 28, 2012
17 | MARCEL J. ALLEY, et al.,            )     AND TO EXCLUDE TIME UNDER THE
                                        )     SPEEDY TRIAL ACT
18 |           Defendants.               )
                                        )     Date:      August 30, 2012
19 |                                     )     Time:      9:30 a.m.
     _____   )     Court:     Hon. Kandis A. Westmore
20

21

22        The parties jointly requested that the status hearing in this matter be continued from

23 | August 30, 2012 to September 28, 2012, and that time be excluded under the Speedy Trial Act

24 | between those dates to allow for the effective preparation of counsel, taking into account the

25 | exercise of due diligence, and continuity of defense counsel.

26        The remaining 14 defendants, along with 31 co-defendants, were charged in a 28-count

27 | indictment with (1) conspiracy to possess with the intent to distribute and to distribute heroin and

28 | cocaine, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(B)(i),

1   and 841(b)(1)(C); (2) possession with intent to distribute, and distribution of, heroin and cocaine,

2   in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and (3)

3   possession with intent to distribute, and distribution of, heroin and cocaine within 1,000 feet of a

4   school, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860.

5   Since July 2012, eight defendants have agreed to plead guilty and have scheduled change of plea

6   and sentencing hearings.  Nine defendants have not yet appeared in this case.

7          The United States has produced substantial discovery to defendants, including draft

8   linesheets from the wiretaps, recorded telephone calls from the wiretaps, recordings of controlled

9   purchases conducted by law enforcement, information regarding defendants' criminal histories

10  (including police reports related to prior arrests), and documents related to the authorization of

11  the wiretaps.  Defense counsel need additional time to review the discovery that has been

12  produced, to discuss the evidence with their respective clients, and to investigate the matter.

13         The parties agree to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. §

14  3161) from August 30, 2012 to September 28, 2012, in light of (1) the need for defense counsel

15  to review discovery produced by the United States, to discuss the evidence with their respective

16  clients, and to investigate this matter, and (2) defense counsels' other scheduled case

17  commitments during that time period.  The extension is not sought for delay.  The parties agree

18  the ends of justice served by granting the continuance outweigh the best interest of the public and

19  the defendants in a speedy trial.  For these stated reasons, the Court finds that the ends of justice

20  served by granting the continuance outweigh the best interest of the public and the defendants in

21  a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

22  (B)(iv),

23         **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from

24  August 30, 2012 to September 28, 2012 at 9:30 a.m. before this Court, and that time between

25  ////

26  ////

27  ////

28  ////

STIP. REQ. TO CONTINUE HEARING TO SEPTEMBER 28, 2012 AND TO EXCLUDE TIME
CR-12-00495 SBA                              5

1   August 30, 2012 and September 28, 2012 is excluded under the Speedy Trial Act to allow for the

2   effective preparation of counsel, taking into account the exercise of due diligence, and continuity

3   of defense counsel.

4

5

6   DATED: August  28 , 2012

HON. KANDIS A. WESTMORE
7   United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28