| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | OAKLAND DIVISION |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00495 SBA |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO SET |
| v. | ) ) | CHANGE OF PLEA AND SENTENCING ON NOVEMBER 6, 2012 AND TO |
| RICKY BRUMFIELD, | ) ) | EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| Defendant. | ) ) | Date: August 30, 2012 |
| | ) ) | Time: 9:30 a.m. Court: Hon. Kandis A. Westmore |

The parties jointly requested that the August 30, 2012 status hearing as to defendant Ricky Brumfield be vacated and that this matter be set for change of plea and sentencing on November 6, 2012 at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between August 20, 2012 and November 6, 2012 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON NOVEMBER 6, 2012 & TO EXCLUDE TIME
No. CR-12-00495 SBA

1 **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on
2 November 6, 2012 at 10:00 a.m., and that time between August 20, 2012 and November 6, 2012
3 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G),
4 for consideration by the Court of a proposed plea agreement to be entered into by the defendant
5 and the attorney for the government.

6 **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
7 Presentence Investigation Report.

9 DATED:8/20/12

_Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge