MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-00495 SBA |
| ) | |
| Plaintiff, ) | NOTICE OF DISMISSAL AS TO AHMAD JAMAL BELTON |
| ) | |
| v. ) | |
| ) | |
| AHMAD JAMAL BELTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Indictment against Ahmad Jamal Belton only in the above-captioned matter without prejudice. The United States further requests that the Court order that defendant Ahmad Jamal Belton be released from federal custody forthwith.

DATED: September 14, 2012            Respectfully submitted,

                                                       MELINDA HAAG
                                                       United States Attorney

                                                       _____
                                                       MIRANDA KANE
                                                       Chief, Criminal Division

**ORDER**

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the above-captioned Indictment as to Ahmad Jamal Belton only without prejudice. It is further ORDERED that defendant Ahmad Jamal Belton be released from federal custody forthwith.

DATED: 9/14/12

                                     /s/ Saundra B Armstrong
                                     HON. SAUNDRA BROWN ARMSTRONG
                                     United States District Court Judge