MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JASON KEITH BARRETT,<br><br>   Defendant. | No. CR-12-00495 SBA<br><br>STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON JANUARY 16, 2013 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: September 28, 2012<br>Time: 9:30 a.m.<br>Court: Hon. Kandis A. Westmore |

The above-captioned matter is set on September 28, 2012 before this Court for a status hearing. The parties request that this Court vacate that date as to defendant Jason Keith Barrett and set this matter for change of plea and sentencing on January 16, 2013 at 10:00 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and January 16, 2013.

The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and will submit the proposed plea agreement to the Court at the same time as this stipulation. To allow time for the Court to consider the proposed plea agreement and for the preparation of a Presentence Investigation Report by the United States Probation Office, the

parties request that this matter be set on January 16, 2013 at 10:00 a.m. for change of plea and sentencing (assuming the proposed plea agreement is acceptable to the Court). Defendant agrees that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Since the proposed plea agreement has been submitted to the Court, the parties further stipulate and agree that the time between September 13, 2012 and January 16, 2013 should be excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

DATED: September 13, 2012

_____/s/_____         _____/s/_____
JAMES C. MANN                             JOHN MICHAEL RUNFOLA
Assistant United States Attorney          Counsel for Jason Keith Barrett
Counsel for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00495 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON JANUARY 16, 2013 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| JASON KEITH BARRETT, | ) ) | |
| Defendant. | ) ) ) ) | Date: September 28, 2012<br>Time: 9:30 a.m.<br>Court: Hon. Kandis A. Westmore |

The parties jointly requested that the September 28, 2012 status hearing as to defendant Jason Keith Barrett be vacated and that this matter be set for change of plea and sentencing on January 16, 2013 at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between September 13, 2012 and January 16, 2013 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON JANUARY 16, 2013 & TO EXCLUDE TIME
No. CR-12-00495 SBA

1 **IT IS HEREBY ORDERED** that this matter as to defendant Jason Keith Barrett is set for change of plea and sentencing on January 16, 2013 at 10:00 a.m., and that time between September 13, 2012 and January 16, 2013 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED: 9/18/12

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge