GALIA A. PHILLIPS - #250551
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 596-1700
Facsimile:  (510) 596-1701

Attorney for Defendant
SHAWN SHIELDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>SHAWN SHIELDS<br><br>                    Defendant. | Case No. 12-cr 00495(SBA)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |

### I.    STIPULATION

Defendant Shawn Shields needs additional time to schedule the Presentence Report interview and provide the probation officer with substantial medical records.  The probation officer needs additional time to draft the Presentence Report.  Accordingly, the United States of America and defendant Shawn Shields stipulate that the change of plea and sentencing date currently scheduled for October 30, 2012 be continued to November 27, 2012.

To allow time for the Court to consider the proposed plea agreement and for the preparation of a Presentence Investigation Report by the United States Probation Office, the Court already ordered that the time between August 7, 2012 and October 30, 2012 should be excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for

consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government. The parties request that the Court exclude the time from October 30, 2012 to November 27, 2012 as that time is necessary for the preparation of the Presentence Report and the Court's consideration of the proposed plea agreement.

It is so stipulated.

Dated: September 14, 2012

By: /s/_____
GALIA A. PHILLIPS
Attorney for Defendant
SWHAN SHIELDS

Dated: September 14, 2012

By: /s/_____
JAMES MANN
Assistant United States Attorney

II.     [PROPOSED] ORDER

IT IS ORDERED that the October 30, 2012 sentencing date is continued to November 27, 2012.  The time from October 30, 2012 to November 27, 2012 should be excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

IT IS SO ORDERED.

Dated: 9/18/12

*Saundra B. Armstrong*
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE