1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### OAKLAND DIVISION

11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | No. CR-12-00495 SBA |
| Plaintiff, | ) ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON JANUARY 16, 2013 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| CARLES LASHUAN BUIE, II, | ) ) | |
| Defendant. | ) ) ) | Date: September 28, 2012 Time: 9:30 a.m. Court: Hon. Donna M. Ryu |
| | ) ) ) | |

18

19        The parties jointly requested that the September 28, 2012 status hearing as to defendant

20   Carles Lashuan Buie, II be vacated and that this matter be set for change of plea and sentencing

21   on January 16, 2013 at 10:00 a.m.  The parties further requested that time be excluded under the

22   Speedy Trial Act between September 24, 2012 and January 16, 2013 to allow time for the Court

23   to consider the proposed plea agreement to be entered into by the defendant and the attorney for

24   the government, and to allow time for the preparation of a Presentence Investigation Report by

25   the United States Probation Office.  Defendant agreed that the Court may review the pre-plea

26   Presentence Investigation Report even though he has not yet pleaded guilty.  Good cause

27   appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

28

**IT IS HEREBY ORDERED** that this matter as to defendant Carles Lashuan Buie, II is set for change of plea and sentencing on January 16, 2013 at 10:00 a.m., and that time between September 24, 2012 and January 16, 2013 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED:_9/25/12

HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge