MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail:  James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-12-00495 SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATED REQUEST TO SET CHANGE OF PLEA ON NOVEMBER 13, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| LENZY JEROME WASH, | ) | Date:     October 31, 2012<br>Time:    9:30 a.m.<br>Court:   Hon. Kandis A. Westmore |
| Defendant. | ) | |

      The above-captioned matter is set on October 31, 2012 before this Court for a status hearing. The parties request that this Court vacate that date as to defendant Lenzy Jerome Wash and set this matter for change of plea on November 13, 2012 at 9:30 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and November 13, 2012.

      The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and will submit the proposed plea agreement to the Court at the same time as this stipulation. To allow time for the Court to consider the proposed plea agreement, the parties request that this matter be set on November 13, 2012 at 9:30 a.m. for change of plea.

STIP. REQ. TO SET CHANGE OF PLEA ON NOVEMBER 13, 2012 & TO EXCLUDE TIME
No. CR-12-00495 SBA

1 | Since the proposed plea agreement has been submitted to the Court, the parties further stipulate
2 | and agree that the time between October 29, 2012 and November 13, 2012 should be excluded
3 | under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for
4 | consideration by the Court of a proposed plea agreement to be entered into by the defendant and
5 | the attorney for the government.

7 | DATED: October 29, 2012

10 | _____/s/_____          _____/s/_____
     JAMES C. MANN                              SUZANNE M. MORRIS
     Assistant United States Attorney           Counsel for Lenzy Jerome Wash
11 | Counsel for United States

STIP. REQ. TO SET CHANGE OF PLEA ON NOVEMBER 13, 2012 & TO EXCLUDE TIME
No. CR-12-00495 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00495 SBA |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO SET |
| v. | ) ) | CHANGE OF PLEA ON NOVEMBER 13, 2012 AND TO EXCLUDE TIME UNDER |
| LENZY JEROME WASH, | ) ) | THE SPEEDY TRIAL ACT |
| Defendant. | ) ) ) ) ) | Date: October 31, 2012<br>Time: 9:30 a.m.<br>Court: Hon. Kandis A. Westmore |

The parties jointly requested that the October 31, 2012 status hearing as to defendant Lenzy Jerome Wash be vacated and that this matter be set for change of plea on November 13, 2012 at 9:30 a.m. The parties further requested that time be excluded under the Speedy Trial Act between October 29, 2012 and November 13, 2012 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

**IT IS HEREBY ORDERED** that this matter as to defendant Lenzy Jerome Wash is set for change of plea on November 13, 2012 at 9:30 a.m., and that time between October 29, 2012 and November 13, 2012 is excluded under the Speedy Trial Act, and specifically pursuant to 18

STIP. REQ. TO SET CHANGE OF PLEA ON NOVEMBER 13, 2012 & TO EXCLUDE TIME
No. CR-12-00495 SBA

1  U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be
2  entered into by the defendant and the attorney for the government.
3
4  DATED: 10/30/12                              _____
                                                HON. KANDIS A. WESTMORE
5                                               United States Magistrate Judge

STIP. REQ. TO SET CHANGE OF PLEA ON NOVEMBER 13, 2012 & TO EXCLUDE TIME
No. CR-12-00495 SBA