| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | JAMES C. MANN (CABN 221603)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, CA 94612<br>Telephone: (510) 637-3680 |
| 7 | Fax: (510) 637-3724<br>E-Mail: James.C.Mann@usdoj.gov |

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00495 SBA |
| Plaintiff, | ) ) | STIPULATED REQUEST TO MOVE CHANGE OF PLEA HEARING |
| v. | ) ) | |
| MANUEL COLON, JR., | ) ) | Date: December 11, 2012 |
| Defendant. | ) ) ) | Time: 9:30 a.m.<br>Court: Hon. Kandis Westmore |
| | ) | |

The above-captioned matter is set on December 11, 2012 at 9:30 a.m. before this Court for a change of plea hearing. The parties request that this matter be moved to be heard before United States District Court Judge Saundra B. Armstrong on December 11, 2012 at 10:00 a.m.

DATED: November 28, 2012

_____/s/_____/s/_____
JAMES C. MANN                                    MICHAEL STEPANIAN
Assistant United States Attorney                 Counsel for Manuel Colon, Jr.
Counsel for United States

STIP. REQ. TO MOVE CHANGE OF PLEA HEARING
No. CR-12-00495 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00495 SBA |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO MOVE CHANGE OF PLEA HEARING |
| v. | ) ) | |
| MANUEL COLON, JR., | ) ) | |
| Defendant. | ) ) ) ) ) | Date: December 11, 2012<br>Time: 9:30 a.m.<br>Court: Hon. Kandis Westmore |

The above-captioned matter is set on December 11, 2012 at 9:30 a.m. before this Court for a change of plea hearing. The parties requested that this matter be moved to be heard before United States District Court Judge Saundra B. Armstrong on December 11, 2012 at 10:00 a.m.

**IT IS HEREBY ORDERED** that the hearing in this matter is moved from December 11, 2012 at 9:30 a.m. to December 11, 2012 at 10:00 a.m. before United States District Court Judge Saundra B. Armstrong.

DATED: 11/30/12

HON. KANDIS WESTMORE
United States Magistrate Court Judge

STIP. REQ. TO MOVE CHANGE OF PLEA HEARING
No. CR-12-00495 SBA