MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-12-00495 SBA |
|---|---|
|    Plaintiff, | ) STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA TO JANUARY 11, 2013 AND [~~PROPOSED~~] ORDER |
| v. | ) |
| ERIC BARONNE MOORE, | ) Date:    January 8, 2013<br>) Time:   9:30 a.m. |
|    Defendant. | ) Court:  Hon. Kandis A. Westmore |

     The above-captioned matter is set on January 8, 2013 before this Court for change of plea. Defense counsel is not available on that date. The parties request that this Court continue that hearing as to defendant Eric Baronne Moore to January 11, 2013 at 9:30 a.m. before the Hon. Kandis A. Westmore.

DATED: December 27, 2012

_____/s/_____        _____/s/_____
JAMES C. MANN                          BRENDAN MICHAEL HICKEY
Assistant United States Attorney         Counsel for Eric Baronne Moore
Counsel for United States

1     **IT IS HEREBY ORDERED** that this matter as to defendant Eric Baronne Moore is set
2 for change of plea on January 11, 2013 at 9:30 a.m. before the Hon. Kandis A. Westmore.

DATED: 12/31/12

                                              HON. KANDIS A. WESTMORE
                                              United States Magistrate Judge