MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLES LASHUAN BUIE, II, <br><br> Defendant. | No. CR-12-00495 SBA <br><br> STIPULATED REQUEST TO SET CHANGE OF PLEA ON JANUARY 22, 2013 AND ORDER <br><br> Date: January 16, 2013 <br> Time: 10:00 a.m. <br> Court: Hon. Saundra Brown Armstrong |

The above-captioned matter is set on January 16, 2013 before this Court for change of plea and sentencing. The parties request that this Court vacate that date as to defendant Carles Lashuan Buie, II and set this matter for change of plea on January 22, 2013 at 9:30 a.m. before the Hon. Kandis A. Westmore.

DATED: December 21, 2012


_____/s/_____      _____/s/_____
JAMES C. MANN                                     ANGELA M. HANSEN
Assistant United States Attorney          Counsel for Carles Lashuan Buie, II
Counsel for United States

1   **IT IS HEREBY ORDERED** that this matter as to defendant Carles Lashuan Buie, II is
2   set for change of plea on January 22, 2013 at 9:30 a.m. before the Hon. Kandis A. Westmore.

4   DATED:_12/26/12_____         _____*Saundra B Armstrong*_____
                                     HON. SAUNDRA BROWN ARMSTRONG
5                                    United States District Court Judge

STIP. REQ. TO SET CHANGE OF PLEA ON JANUARY 22, 2013
No. CR-12-00495 SBA