GAIL SHIFMAN
State Bar No. 147334
LAW OFFICES OF GAIL SHIFMAN
601 California Street, Suite 1800
San Francisco, California 94108
Tel: (415) 551-1500
Fax: (415) 551-1502
Email: gail@shifmangroup.com

Attorney for Defendant
JAVANCE CORMIER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00495 SBA (KAW) |
| | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING TO FEBRUARY 8, 2013 FOR STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| | ) | |
| JAVANCE CORMIER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above-captioned matter is set on January 8, 2013 before this Court for change of plea. Defendant is awaiting receipt of a state court transcript of an entry of guilty plea which is relevant in determining Defendant's potential eligibility as a career offender under the sentencing guidelines. The parties request that this Court continue the hearing to February 8, 2013 at 9:30 a.m. for status hearing and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and February 8, 2013 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for continuity of defense counsel.

DATED: January 7, 2013

_____/s/_____          _____/s/_____
JAMES C. MANN                             GAIL SHIFMAN
Assistant United States Attorney          Counsel for Defendant
Counsel for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00495 SBA (KAW) |
| | ) | |
| | ) | [PROPOSED] ORDER GRANTING |
| | ) | STIPULATED REQUEST TO CONTINUE |
| v. | ) | HEARING TO FEBRUARY 8, 2013 FOR |
| | ) | STATUS HEARING AND TO EXCLUDE |
| JAVANCE CORMIER, | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

      The parties requested that the January 8, 2013 hearing be continued to February 8, 2013 for status hearing. The parties further requested that time be excluded under the Speedy Trial Act until February 8, 2013 for continuity of counsel and effective preparation. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

      **IT IS HEREBY ORDERED** that the status hearing on January 8, 2013 is continued to February 8, 2013 at 9:30 a.m., for status hearing and time until February 8, 2013 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for continuity of counsel and effective preparation.

DATED: 1/8/13

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge