MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

 1301 Clay Street, Suite 340S
 Oakland, CA 94612
 Telephone: (510) 637-3680
 Fax: (510) 637-3724
 E-Mail: James.C.Mann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | No. CR-12-00495 SBA |
|                ) | |
|     Plaintiff,       ) | STIPULATED REQUEST TO SET |
|                ) | CHANGE OF PLEA ON FEBRUARY 26, |
|   v.             ) | 2013 AND ORDER |

The above-captioned matter is set on February 26, 2013 before this Court for change of plea and sentencing. The parties request that this Court vacate that date as to defendant Juan Miguel Ellingberg and set this matter for change of plea on February 26, 2013 at 9:30 a.m. before the Hon. Donna M. Ryu. Time has already been excluded under the Speedy Trial Act until that date.

DATED: January 9, 2013


_____/s/_____                    _____/s/_____
JAMES C. MANN                                   GILBERT EISENBERG
Assistant United States Attorney                Counsel for Juan Miguel Ellingberg
Counsel for United States

1  **IT IS HEREBY ORDERED** that this matter as to defendant Juan Miguel Ellingberg is

2  set for change of plea on February 26, 2013 at 9:30 a.m. before the Hon. Donna M. Ryu.  Time

3  has already been excluded under the Speedy Trial Act until that date.

4

5  DATED:_1/10/13

6  _____
   HON. SAUNDRA BROWN ARMSTRONG
   United States District Court Judge