Mary McNamara, SBN 147131
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for MARCEL ALLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>MARCEL ALLEY,<br><br>                  Defendant. | Case No.     CR 12-0495 SBA (KAW)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE HEARING** |

       Defendant Marcel Alley, by and through Mary McNamara, and the United States, by and through Assistant United States Attorney James C. Mann hereby stipulate and agree to continue the hearing currently scheduled for January 28, 2013 to February 27, 2013. The reason for the stipulated continuance is that counsel for Mr. Alley is seeking records necessary to research Mr. Alley's criminal history, which have been requested from the state court but have not yet been received.

The parties agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore request that time be excluded until February 27, 2013 pursuant to 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

Dated: January 25, 2013

/s/
Mary McNamara
SWANSON & McNAMARA LLP
Attorneys for MARCEL ALLEY

Dated: January 25, 2013

/s/
James C. Mann
Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing currently set for January 28, 2013 at 9:30 a.m. is continued to February 27, 2013 at 9:30 a.m. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore orders that time is excluded until February 27, 2013 pursuant to 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED.

Dated: 1/25/13

Hon. Kandis A. Westmore
United States Magistrate Court