MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-00495 SBA |
| v. | STIPULATED REQUEST TO CONTINUE SENTENCING HEARING TO APRIL 10, 2013 AND ORDER |
| MANUEL COLON, JR., | Date: March 12, 2013<br>Time: 10:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |
| Defendant. | |

    The above-captioned matter is set on March 12, 2013 before this Court for a sentencing hearing. Counsel for the United States is not available on that date. The parties request that this Court continue the sentencing hearing to April 10, 2013 at 10:00 a.m. The United States Probation Officer assigned to this case is aware of this request and available on April 10, 2013.

DATED: January 30, 2013

_____/s/_____      _____/s/_____
JAMES C. MANN      MICHAEL STEPANIAN
Assistant United States Attorney      Counsel for Defendant
Counsel for United States

STIP. REQ. TO CONTINUE SENTENCING HEARING TO APRIL 10, 2013
No. CR-12-00495 SBA

1     **IT IS HEREBY ORDERED** that the sentencing hearing as to defendant Manuel Colon,
2 Jr. is continued to April 10, 2013 at 10:00 a.m.

4 DATED:__1/31/13_____      _Saundra B Armstrong_
                                            HON. SAUNDRA BROWN ARMSTRONG
                                            United States District Court Judge

STIP. REQ. TO CONTINUE SENTENCING HEARING TO APRIL 10, 2013
No. CR-12-00495 SBA