| | |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES HAMPTON WORTHINGTON, JR.,<br><br>    Defendant. | Case No: CR 12-0495 SBA<br><br>**ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION REGARDING GUILTY PLEA**<br><br>Docket 555 |

On November 2, 2012, the Court referred this matter to Magistrate Judge Ryu ("the magistrate") for a report and recommendation on the acceptance of Defendant's guilty plea. Dkt. 288. On November 6, 2012, the Defendant appeared before the magistrate and, with the assistance of counsel, waived his right to enter a guilty plea before a district judge and instead consented to enter his plea in a hearing before the magistrate. See Dkt. 555. The magistrate conducted a full hearing in the manner set forth in Federal Rule of Criminal Procedure 11. Id. After the advisements set forth in Rule 11, the Defendant entered a guilty plea in open court. Specifically, the Defendant pled guilty pursuant to a written plea agreement to Count Eleven of the Indictment charging Defendant with a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 860 - Possession with Intent to Distribute Heroin within 1,000 feet of a School. Id. The magistrate found that Defendant was fully competent and capable of entering an informed plea, that he was aware of the nature of the charges and the consequences of the guilty plea, and that the guilty plea was knowing and voluntary and supported by an independent factual basis. Id.

| | |
|---|---|
| 1 | On November 6, 2012, the magistrate issued a Report and Recommendation Regarding Guilty Plea. Dkt. 297. On February 12, 2013, the magistrate issued an Amended Report and Recommendation Regarding Guilty Plea in which she recommends that this Court accept Defendant's guilty plea. Dkt. 555. The Amended Report and Recommendation advises the parties that they may serve and file specific written objections to the order within fourteen days after being served with a copy of the order. Id. No written objections to the Amended Report and Recommendation were filed prior to the hearing. At the February 13, 2013 sentencing hearing in this matter, the parties indicated that they have no objections to the Amended Report and Recommendation. Accordingly, |

On November 6, 2012, the magistrate issued a Report and Recommendation Regarding Guilty Plea. Dkt. 297. On February 12, 2013, the magistrate issued an Amended Report and Recommendation Regarding Guilty Plea in which she recommends that this Court accept Defendant's guilty plea. Dkt. 555. The Amended Report and Recommendation advises the parties that they may serve and file specific written objections to the order within fourteen days after being served with a copy of the order. Id. No written objections to the Amended Report and Recommendation were filed prior to the hearing. At the February 13, 2013 sentencing hearing in this matter, the parties indicated that they have no objections to the Amended Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED THAT the magistrate's Amended Report and Recommendation (Dkt. 555) is ACCEPTED, the Defendant's plea is accepted, and the magistrate's Amended Report and Recommendation shall become the order of this Court.

IT IS SO ORDERED.

Dated: 2/13/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge