MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
E-Mail: James.C.Mann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00495 SBA |
| | ) | STIPULATED REQUEST TO CONTINUE SENTENCING HEARING TO JUNE 26, 2013 AND ORDER |
| v. | ) | |
| MANUEL COLON, JR., | ) | Date: April 10, 2013<br>Time: 10:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |
| Defendant. | ) | |

The above-captioned matter is set on April 10, 2013 before this Court for a sentencing hearing. Counsel for the United States and defense counsel need additional time to respond to the draft Presentence Investigation Report and to prepare sentencing memoranda. The parties request that this Court continue the sentencing hearing to June 26, 2013 at 10:00 a.m. The United States Probation Officer assigned to this case is aware of this request and available on June 26, 2013.

DATED: March 19, 2013

_____/s/_____          _____/s/_____
JAMES C. MANN                          MICHAEL STEPANIAN
Assistant United States Attorney       Counsel for Defendant
Counsel for United States

STIP. REQ. TO CONTINUE SENTENCING HEARING TO JUNE 26, 2013
No. CR-12-00495 SBA

1     **IT IS HEREBY ORDERED** that the sentencing hearing as to defendant Manuel Colon,
2 Jr. is continued to June 26, 2013 at 10:00 a.m.

DATED: 3/20/13

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge