RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: 510-763-9967
Facsimile: 510-272-0711
pollockesq@aol.com

Attorney for Defendant
COREY WALKER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 12-00495-SBA (KAW) |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| COREY WALKER, | |
| Defendant. | |

Defendant Corey Walker, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney James Mann, hereby stipulate and agree that the date for the status conference in this case be continued from March 29, 2013 to April 29, 2013.

It is anticipated that a plea of guilty will be entered at the next court date.

///
///
///
///

Both counsel further agree and stipulate that time should be excluded from March 29, 2013 to April 29, 2013 and request a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A). Failure to grant this continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. Section 3161(h)(7)(B)(iv).

Date: March 21, 2013 _____/s/_____
Randy Sue Pollock
Counsel for Defendant
Corey Walker

Date: March 21, 2013 _____/s/_____
James Mann
Assistant United States Attorney

**SO ORDERED:**

March 22, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge