| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | JAMES C. MANN (CABN 221603)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, CA 94612 |
| 7 | Telephone: (510) 637-3680<br>Fax: (510) 637-3724<br>E-Mail: James.C.Mann@usdoj.gov |

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-12-00495 SBA |
|---|---|---|
| | ) | |
| | ) | STIPULATED REQUEST TO SET |
| | ) | CHANGE OF PLEA HEARING ON MAY |
| v. | ) | 10, 2013 AND ORDER |
| | ) | |
| RICK JASON BAILEY, | ) | Date: May 10, 2013 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Court: Hon. Kandis A. Westmore |
| | ) | |
| | ) | |

The above-captioned matter is set on May 10, 2013 before the Hon. Kandis A. Westmore for change of plea. The parties request that this Court set the change of plea hearing before this Court on May 10, 2013 at 10:00 a.m.

DATED: April 22, 2013

_____/s/_____  _____/s/_____
JAMES C. MANN                          ADAM V. PENNELLA
Assistant United States Attorney       Counsel for Defendant
Counsel for United States

STIP. REQ. TO SET CHANGE OF PLEA HEARING ON MAY 10, 2013
No. CR-12-00495 SBA

1   **IT IS HEREBY ORDERED** that the change of plea hearing as to defendant Rick Jason
2   Bailey is set before this Court at 10:00 a.m. on May 10, 2013.
3
    DATED:__4/24/13                                    _____
4                                                      HON. SAUNDRA BROWN ARMSTRONG
                                                       United States District Court Judge

STIP. REQ. TO SET CHANGE OF PLEA HEARING ON MAY 10, 2013
No. CR-12-00495 SBA