1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: 510-763-9967
   Facsimile: 510-272-0711
4  pollockesq@aol.com

5  Attorney for Defendant
   COREY WALKER

6

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                        –ooo–

12  UNITED STATES OF AMERICA,
                                        CR. 12-00495-SBA (RMR)
13            Plaintiff,

14  vs.

15                                      **AMENDED STIPULATION TO
                                        CONTINUE STATUS CONFERENCE;**
16  COREY WALKER,                       **ORDER**

17            Defendant.               _____

18  _____/

19         Defendant Corey Walker, by and through his counsel of record Randy Sue

20  Pollock, and Assistant U.S. Attorney James Mann, hereby stipulate and agree that the

21  date for the status conference in this case be continued from April 29, 2013 to July 15,

22  2013. It is anticipated that a plea of guilty will be entered at the next court date.

23

24  ///

25  ///

26  ///

27  ///

28

This is continuance is necessary because Mr. Walker's wife is pregnant and may deliver their child at the end of June. She is a high-risk pregnancy due to her diabetes. She will keep me updated on her medical condition.

Both counsel further agree and stipulate that time should be excluded from April 29, 2013 to July 15, 2013, and request a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A). Failure to grant this continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. Section 3161(h)(7)(B)(iv).

Date:   April 24, 2013                           _____/s/_____
                                                 Randy Sue Pollock
                                                 Counsel for Defendant
                                                 Corey Walker

Date:   April 24, 2013                           _____/s/_____
                                                 James Mann
                                                 Assistant United States Attorney

**SO ORDERED:**

May 1, 2013                                      _____
                                                 DONNA M. RYU
                                                 United States Magistrate Judge