Mary McNamara, SBN 147131
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for MARCEL ALLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>  vs.<br><br>MARCEL ALLEY,<br><br>                        Defendant. | Case No.     CR 12-0495 SBA<br><br>**REQUEST FOR PERMISSION TO HAVE SUBSTITUTE COUNSEL APPEAR AT SENTENCING; ORDER** |

Counsel for defendant Marcel Alley respectfully requests that the Court grant permission to have an attorney other than Mary McNamara, Mr. Alley's appointed counsel under the Criminal Justice Act, represent him at sentencing in this matter. Due to a family medical emergency, Ms. McNamara has had to travel out of the country and will not return in time for Mr. Alley's sentencing. At present, Ms. McNamara is not able to predict when she will return to the district. Counsel thus respectfully requests that the Court permit August Gugelmann of

Swanson & McNamara LLP to appear on Mr. Alley's behalf at sentencing. Mr. Gugelmann is familiar with Mr. Alley's case, and Mr. Alley has no objection to Mr. Gugelmann appearing at sentencing. The government does not object to this request.

Dated: May 7, 2013

Respectfully submitted

/s/
Mary McNamara
SWANSON & McNAMARA LLP
Attorneys for MARCEL ALLEY

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED. Attorney August Gugelmann of Swanson & McNamara LLP may appear at sentencing on behalf of Marcel Alley.

Dated:_5/8/13

Hon. Saundra B. Armstrong
United States District Court