| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | JAMES C. MANN (CABN 221603)<br>Assistant United States Attorney |

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
E-Mail: James.C.Mann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MANUEL COLON, JR.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CR-12-00495 SBA<br><br>STIPULATED REQUEST TO CONTINUE SENTENCING HEARING TO JULY 16, 2013 AND ORDER<br><br>Date: June 26, 2013<br>Time: 10:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The above-captioned matter is set on June 26, 2013 before this Court for a sentencing hearing. Counsel for the United States is in trial and unavailable on that date. The United States requests that this Court continue the sentencing hearing to July 16, 2013 at 9:00 a.m. Defendant has no objection to this request. The United States Probation Officer assigned to this case is aware of this request and available on July 16, 2013.

DATED: May 21, 2013

_____/s/_____          _____/s/_____
JAMES C. MANN                          MICHAEL STEPANIAN
Assistant United States Attorney       Counsel for Defendant
Counsel for United States

STIP. REQ. TO CONTINUE SENTENCING HEARING TO JULY 16, 2013
No. CR-12-00495 SBA

1     **IT IS HEREBY ORDERED** that the sentencing hearing as to defendant Manuel Colon,
2 Jr. is continued to July 16, 2013 at 10:00 a.m.
3
4 DATED:__5/23/13_____      _____*Saundra B Armstrong*_____
    HON. SAUNDRA BROWN ARMSTRONG
5     United States District Court Judge

STIP. REQ. TO CONTINUE SENTENCING HEARING TO JULY 16, 2013
No. CR-12-00495 SBA