1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3680
7      Fax: (510) 637-3724
       E-Mail:  James.C.Mann@usdoj.gov
8
9  Attorneys for the United States of America

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                              OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,       ) No. CR-12-00495 SBA
                                     )
14 |                                 ) STIPULATED REQUEST TO CONTINUE
                                     ) SENTENCING HEARING TO JULY 16,
15 |      v.                         ) 2013 AND [PROPOSED] ORDER
                                     )
16 | JAVANCE CORMIER,                ) Date:  June 11, 2013
                                     ) Time:  10:00 a.m.
17 |      Defendant.                 ) Court: Hon. Saundra Brown
                                     )        Armstrong
18 |_____)

19     The above-captioned matter is set on June 11, 2013 before this Court for a sentencing

20 hearing. Counsel for the United States is preparing for trial and unavailable on that date. The

21 United States requests that this Court continue the sentencing hearing to July 16, 2013 at 9:00

22 a.m. Defendant has no objection to this request. The United States Probation Officer assigned to

23 this case is aware of this request and available on July 16, 2013.

24 DATED: May 21, 2013

25

26   _____/s/_____          _____/s/_____
     JAMES C. MANN                           GAIL SHIFMAN
27   Assistant United States Attorney        Counsel for Defendant
     Counsel for United States
28

STIP. REQ. TO CONTINUE SENTENCING HEARING TO JULY 16, 2013
No. CR-12-00495 SBA

1   **IT IS HEREBY ORDERED** that the sentencing hearing as to defendant Javance
2   Cormier is continued to July 16, 2013 at 10:00 a.m.
3
4   DATED:  5/28/13                                  *Saundra B. Armstrong*
                                                    HON. SAUNDRA BROWN ARMSTRONG
5                                                   United States District Court Judge

STIP. REQ. TO CONTINUE SENTENCING HEARING TO JULY 16, 2013
No. CR-12-00495 SBA