| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | JAMES C. MANN (CABN 221603)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, CA 94612<br>Telephone: (510) 637-3680 |
| 7 | Fax: (510) 637-3724<br>E-Mail: James.C.Mann@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00495 SBA |
| | ) | |
| | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | SENTENCING HEARING TO |
| v. | ) | SEPTEMBER 3, 2013 AND [PROPOSED] |
| | ) | ORDER |
| MANUEL COLON, JR., | ) | |
| | ) | Date: July 16, 2013 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Court: Hon. Saundra Brown Armstrong |

The above-captioned matter is set on July 16, 2013 before this Court for a sentencing hearing. Counsel for the United States and defense counsel need additional time to prepare for the sentencing hearing. The parties request that this Court continue the sentencing hearing to September 3, 2013. The United States Probation Officer assigned to this case is aware of this request and available on September 3, 2013.

DATED: June 27, 2013

```
      /s/                                            /s/
_____            _____
JAMES C. MANN                       MICHAEL STEPANIAN
Assistant United States Attorney    Counsel for Defendant
Counsel for United States
```

STIP. REQ. TO CONTINUE SENTENCING HEARING TO SEPTEMBER 3, 2013
No. CR-12-00495 SBA

1 **IT IS HEREBY ORDERED** that the sentencing hearing as to defendant Manuel Colon,
2 Jr. is continued to September 3, 2013 at 10:00 a.m.
3
4 DATED: 7/1/13                    _____
                                    HON. SAUNDRA BROWN ARMSTRONG
5                                   United States District Court Judge

STIP. REQ. TO CONTINUE SENTENCING HEARING TO SEPTEMBER 3, 2013
No. CR-12-00495 SBA